# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

NO.  2024 CW 0729

VERSUS

LOUISIANA STATE UNIVERSITY,
ET AL

**SEPTEMBER 23, 2024**

---

In Re:  Sharon Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708092.

---

BEFORE:  **THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**CHH**
**WRC**

**Theriot, J.,** would not consider the writ application. See this court's July 8, 2024 action in 2024 CW 0413.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT